IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| USA, | ) | PLACEHOLDER FOR |
| Plaintiff, | ) | |
| | ) | Sealed Plea Supplement |
| vs. | ) | |
| | ) | *(Title of Pleading)* |
| Cody A. Neely | ) | |
| | ) | Case Number: 20-08 Erie |
| Defendant(s). | ) | |

**THIS PLACEHOLDER IS TO BE USED TO FILE HIGHLY SENSITIVE DOCUMENTS (HSDs) IN CRIMINAL CASES**
**FOR USE BY THE UNITED STATES ATTORNEY'S OFFICE ONLY**

*Refer to 2:21-mc-50 for the Standing Order on Highly Sensitive Documents (HSDs) and instructions for filing.*

**REASON THAT THE DOCUMENT IS CONSIDERED HIGHLY SENSITIVE:**

○ national security
○ foreign sovereign interests
○ cybersecurity and cybercrimes
○ particularly strong domestic or international interests
○ the reputational interests of the United States
○ the integrity and functioning of governmental operations
○ law-enforcement investigations or intelligence-gathering operations concerning the foregoing
● plea or sentencing supplements
○ Order of Court dated _____, ECF No. _____

**DECLARATION OF FILER:**
I certify under FedRCvP 11 that, to the best of my knowledge, information, and belief, the document falls within the category indicated above.

_____
*(Signature of Filer)*

**SIGNATURE OF SUPERVISING ATTORNEY:**
APPROVED BY:

_____
Branch Chief, Erie

**IMPORTANT: YOU MAY NOT COPY, SCAN, OR EMAIL HIGHLY SENSITIVE DOCUMENTS**