IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 20-08 Erie |
| | ) | |
| CODY A. NEELY | ) | |

**SENTENCING MEMORANDUM**

AND NOW comes the United States of America, by its attorneys, Cindy K. Chung, United States Attorney for the Western District of Pennsylvania, and Christian A. Trabold, Assistant United States Attorney for said District, and respectfully submits this abbreviated Sentencing Memorandum:

The United States and Cody Neely have agreed that a prison term of eight years is an appropriate sentence in this case. The agreement by the parties does not address the length of a term of supervised release. The parties understand that this agreement is not binding upon the Court.

Respectfully submitted,

Cindy K. Chung
United States Attorney

s/ *Christian A. Trabold*
CHRISTIAN A. TRABOLD
Assistant U.S. Attorney
PA ID No. 75013